No. 72–486. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS & WATER DIVISION ET AL.; and

No. 72–488. TEXAS GAS TRANSMISSION CORP. *v.* MEMPHIS LIGHT, GAS & WATER DIVISION ET AL. C. A. D. C. Cir. [Certiorari granted, 409 U. S. 1037.] Motion to permit two counsel to argue orally on behalf of respondents granted.

No. 72–694. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.;

No. 72–753. ANDERSON *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–791. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–929. CHERRY ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, *ante,* p. 907.] Motion of United Americans for Public Schools for leave to file a brief as *amicus curiae* granted.

No. 72–1035. ROGERS *v.* LOETHER ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 72–1227. MORTON, SECRETARY OF THE INTERIOR *v.* WILDERNESS SOCIETY ET AL. C. A. D. C. Cir. Motion to expedite consideration granted insofar as it requests that respondents file a brief on or before March 28, 1973.

No. 72–5592. GOLDSMITH *v.* WYOMING ET AL.; and

No. 72–5849. REARDON *v.* MEACHAM ET AL. Motions for leave to file petitions for writs of habeas corpus denied.